1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BALTIMORE AIRCOIL COMPANY,                No.  1:22-cv-00952-KES-BAM
     INC.,
12                                             ORDER ADOPTING FINDINGS AND
                        Plaintiff,             RECOMMENDATIONS, GRANTING
13                                             APPLICATION FOR ENTRY OF DEFAULT
           v.                                  JUDGMENT AS AMENDED, AND
14                                             DIRECTING ENTRY OF DEFAULT
     SOLITAIRE OVERSEAS,                        JUDGMENT
15
                        Defendant.             Docs. 23, 28-1, 30
16

17

18        On July 29, 2022, plaintiff Baltimore Aircoil Company, Inc. filed this action seeking

19   damages caused by defendant Solitaire Overseas' breach of a contract to supply stainless steel

20   tubes.  Doc. 1.  The Clerk of the Court entered default against defendant on July 25, 2023.

21   Doc. 20.  Plaintiff filed an application for entry of default judgment on November 17, 2023.

22   Doc. 23.  Plaintiff submitted an amended declaration in support of the application on January 4,

23   2024.  Doc. 28.

24        On April 12, 2024, the assigned magistrate judge issued findings and recommendations

25   recommending that (1) plaintiff's application for entry of default judgment, Doc. 23, as amended

26   by Doc. 28-1, be granted; and (2) judgment be entered in favor of plaintiff and against defendant

27   in the amount of $384,392 in damages plus pre-judgment interest at 10% per annum from June 1,

28   2020, for direct damages and from August 27, 2021, for incidental damages.  Doc. 30.  Those

                                                1

findings and recommendations were served on plaintiff and contained notice that any objections

thereto were to be filed within fourteen (14) days after service. *Id.* at 13. No objections have

been filed, and the time to do so has passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de

novo review of the case. Having carefully reviewed the file, the Court concludes that the findings

and recommendations are supported by the record and proper analysis.

      Accordingly, IT IS HEREBY ORDERED:

    1.    The findings and recommendations issued on April 12, 2024, Doc. 30, are

        **ADOPTED IN FULL**;

    2.    Plaintiff's application for entry of default judgment, as amended, is **GRANTED**;

        and

    3.    Judgment shall be entered in favor of plaintiff Baltimore Aircoil Company, Inc.

        and against defendant Solitaire Overseas in the amount of $384,392 in damages,

        plus pre-judgment interest at 10% per annum from June 1, 2020, for direct

        damages, and from August 27, 2021, for incidental damages.

IT IS SO ORDERED.

    Dated:    March 29, 2025                                 

                                     UNITED STATES DISTRICT JUDGE